Nazar v. Shoreline Properties LLC
Preliminary Damage Calculations
2/4/18



| 2016 | $10 = hourly rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Summer Overtime Hours Worked | | | | | | | | |
| 125 | hours per Shoreline | | | | | | | |
| 19 | hours underreported OT (based on partial timecards produced by Nazar) | | | | | | | |
| 144 | | | | | | | | |
| | | | $10 *1.5 | | | | | |
| reg OT | | OT Hours | OT Rate | OT Owed | | | | |
| 1 | All hours > 40 | 144 | $ 15.00 | $ 2,160.00 | | | | |
| 2 | Total Summer Hours | Bonus Amount | Bonus per hour | Premium Owed for OT Bonus OT Hours | | | | Total Bonus OT |
| 6/1-9/6/16 | | | | | | | | |
| 686 | | $ 2,125.00 | $ 3.10 | $ 1.55 | | | 144 | $ 223.03 |
| 3 | Total Summer Hours | $10 X 1/5 Comm. | Comm per OT hour | | OT Hours | Total Commission OT | | |
| 6/1-9/6/16 | | | | | | | | |
| 686 | | $ 2.00 | $ 1.00 | | 144 | $ 144.00 | | |
| | | | X2 | X3 | | | | |
| Total Owed for 2016 | | $ 2,527.03 | $ 5,054.06 | $ 7,581.10 | | | | |

2017 $10.50 = hourly rate

| 95 | hours per Shoreline | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | hours underreported OT (based on partial timecards produced by Nazar) | | | | | | | |
| 103 | | | | | | | | |
| | | | $10.5 *1.5 | | | | | |
| reg OT | | OT Hours | OT Rate | OT Owed | | | | |
| 1 | All hours > 40 | 103 | $ 15.75 | $ 1,622.25 | | | | |
| 2 | Total Summer Hours | Bonus Amount | Bonus per hour | Premium Owed for OT Bonus OT Hours | | | | Total Bonus OT |
| 5/31-9/5/17 | | | | | | | | |
| 628 | | $ 2,000.00 | $ 3.18 | $ 1.59 | | | 103 | $ 164.01 |
| 3 | Total Summer Hours | $10.5 X 1/5 Comm. | Comm per OT hour | | OT Hours | Total Commission OT | | |
| 5/31-9/5/17 | | | | | | | | |
| 686 | | $ 2.10 | $ 1.05 | | 103 | $ 108.15 | | |
| | | | X2 | X3 | | | | |
| Total Owed for 2017 | | $ 1,894.41 | $ 3,788.83 | $ 5,683.24 | | | | |

Total OT Owed
$ 4,421.44   $ 8,842.89   $ 13,264.33