IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DANIEL NAZAR** <br><br> Plaintiff, <br><br> v. <br><br> **SHORELINE PROPERTIES, INC.,** *et. al,* <br><br> Defendants. | * * * * * * * * * * * * <br><br> Civil No. 1:17-cv-03444-MJG |

**ORDER**

Pending before the Court is the Parties' Joint Motion To Approve Settlement Agreement ("Joint Motion"). After careful consideration and review of the Parties' Joint Motion and the Settlement Agreement and Full and Final Release of Claims ("Settlement Agreement"), it is hereby:

**ORDERED**, that the Settlement Agreement is APPROVED as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**FURTHER ORDERED**, that the Parties' Joint Motion is GRANTED;

**FURTHER ORDERED**, that the Court shall retain jurisdiction over this case until the Defendants' payments are made pursuant to the Settlement Agreement and the Settlement Agreement and General Release executed by the Parties;

**FURTHER ORDERED**, Plaintiff shall promptly advise the Court after payment has been received and the funds have fully and unconditionally cleared;

**FURTHER ORDERED**, that provided the Defendants make payment under the Settlement Agreement and Full and Final Release of Claims, Plaintiff's claims shall be DISMISSED with prejudice; and that the Clerk of the Court will CLOSE this case.

1

Dated:_____                    _____
                                                  Hon. Marvin J. Garbis
                                                  U.S. District Court Judge
                                                  U.S. District Court for District of Maryland

Serve All Counsel *(via ECF)*